United States District Court
Southern District of Texas
**ENTERED**
February 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff-Respondent, § § v. § § JUAN ALBERT MENDEZ, § § Defendant-Petitioner. § | CRIMINAL NUMBER H-15-564-31 (CIVIL ACTION NO. H-24-0737) |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-24-0737 is **DISMISSED WITH PREJUDICE**.

For reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 29th day of February, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE